**Clifton Bernard HICKEY,
Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Dr., Respondent–
Appellee.**

No. 02–6324.

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Clifton Bernard Hickey, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clifton Bernard Hickey appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hickey v. Conley*, No. CA–01–183–5 (S.D.W.Va. Feb. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*